IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 NOV 20 A 10: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC.,

Plaintiff,

v.

AMERICAN COLLEGE OF TRIAL LAWYERS,

Defendant.

Civil Action No. 1:07cv1024 -SRW

**NOTICE OF REMOVAL**

Defendant, American College of Trial Lawyers, files this Notice of Removal of this action from the Circuit Court of Houston County, Alabama, wherein it was originally filed as Case No. 2007-5116, to the United States District Court for the Middle District of Alabama, Southern Division, and shows unto the Court as follows:

1. Plaintiff, The American Trial Lawyers Association, Inc., filed this action in the Circuit Court of Houston County on or about November 2, 2007. Defendant was served with the Summons and Complaint by certified mail on November 7, 2007. There are no other named defendants. This Notice of Removal, therefore, is timely filed under 28 U.S.C. § 1446(b).

2.     This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1331 in that this is a civil action arising under the Constitution, laws, or treaties of the United States.  An action may arise under federal law where the vindication of a plaintiff's claim necessarily turns on some construction of federal law.  In this case, Plaintiff seeks relief regarding its use of the trade name "American Trial Lawyers Association."  Plaintiff's claims require application of the Lanham Act, 15 U.S.C. § 1051, *et seq*.  This Court has jurisdiction over such claims under 15 U.S.C. § 1121 and 28 U.S.C. § 1338.

3.     The American College of Trial Lawyers, founded in 1950, is an honorary association comprised of experienced trial lawyers in the United States and Canada.  The College, whose membership is limited in number and selected by invitation only, is dedicated to maintaining and improving the standards of trial practice, the administration of justice and the ethics of the profession.

4.     Similarly, Plaintiff's purported purpose "is to provide a professional association and business organization for trial attorneys who practice plaintiff's civil and criminal defense law."  Complaint, ¶ 5.  Plaintiff also alleges that its membership is by invitation only.  Complaint, ¶ 6.

5.     As alleged in the Complaint, on October 13, 2007, Defendant sent to Plaintiff a cease and desist letter because Plaintiff's use of the name "American Trial Lawyers Association" constitutes an infringement on Defendant's federally

registered trademark – American College of Trial Lawyers – and is so substantially similar as to create the likelihood of causing confusion.  Plaintiff alleges that it has sought registration of its mark with the United States Patent and Trademark Office. *See* Complaint, ¶ 10 & Exh. C.  Plaintiff contends that its name does not infringe upon Defendant's trademark or create the likelihood of confusion.  Plaintiff asks that the Court declare that Plaintiff may continue to use the name "American Trial Lawyers Association" and for other relief.  Plaintiff's request for a judicial declaration of "non-infringement" is based upon Defendant's allegations of infringement under federal law.

4.    A copy of all process, pleadings and orders served on Defendant is attached as Exhibit A.

5.    A copy of this Notice of Removal is being served on Plaintiff and filed with the Clerk of the Circuit Court for Houston County, Alabama, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant prays that this Court will consider this Notice of Removal as provided by law governing the removal of cases to this Court; that this Court will make the proper orders to achieve the removal of this case from the Circuit Court of Houston County, Alabama; and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true

record in this case of all proceedings that may have been served in said Circuit Court.

OF COUNSEL:

Samuel H. Franklin
William H. Brooks
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

*Attorneys for Defendant*
*American College of Trial Lawyers*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2007, a true and correct copy of the foregoing was served by United States mail, postage prepaid, properly addressed to:

J. Keith Givens, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**
163 West Main Street
Dothan, AL 35902

William H. Booth
Of Counsel

AVSO300

ALABAMA JUDICIAL DATA CENTER
HOUSTON COUNTY

SUMMONS

CV 2007 005116.00

IN THE CIRCUIT COURT OF HOUSTON COUNTY

AMERICAN TRIAL LAWYERS ASSOC INC VS AMERICAN COLLEGE OF TRIAL LAWYERS

SERVE ON: (D001)

PLAINTIFF'S ATTORNEY

AMERICAN COLLEGE OF TRIAL LAWY
C/O DENNIS J MAGGI, AGENT
19900 MACARTHUR BLVD #610
IRVINE ,CA 92612-0000

GIVENS JOHN K
P O BOX 927
DOTHAN ,AL 36302-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

(✓) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF plaintiff PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 11/02/2007

CLERK: CARLA WOODALL
P.O.DRAWER 6406
DOTHAN AL 36302

BY: cyp

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) ____________
(RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO ______________________

IN ______________ COUNTY, ALABAMA ON (DATE) ____________

DATE ______________ SERVER SIGNATURE ______________

SERVER ADDRESS ______________ TYPE OF PROCESS SERVER ______________

OPERATOR: CYP
PREPARED: 11/02/2007

RECEIVED
NOV 07 2007
AMERICAN COLLEGE OF TRIAL LAWYERS

EXHIBIT
A

**IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA**

| | | |
|---|---|---|
| **THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.: CV-2007-** 5116 |
| | ) | |
| **AMERICAN COLLEGE OF TRIAL LAWYERS,** | ) | |
| **Defendant.** | ) | |

FILED
NOV - 2 2007
Carla Woodall
Carla Woodall, Clerk
Houston County, AL

**PETITION FOR DECLARATORY JUDGMENT**

Comes now the Plaintiff, The American Trial Lawyers Association, Inc. pursuant to §6-6-222 of the Code of Alabama, and files this, its Petition for Declaratory Judgment, and shows this Honorable Court as follows:

**INTRODUCTION**

The named Plaintiff in this matter, The American Trial Lawyers Association, Inc., having received a cease and desist letter from the named Defendant in this matter, American College of Trial Lawyers, petitions this Honorable Court for a Declaratory Judgment recognizing the Plaintiff's right to use the name "The American Trial Lawyers Association", as well as the attached pending Trademarks.

**IDENTIFICATION OF PARTIES**

1. The Plaintiff, The American Trial Lawyers Association, is a duly authorized corporation of the state of Alabama, having as a principal place of business, Suite 310, 163 West Main Street, Dothan, Houston County, Alabama.

RECEIVED
NOV 07 2007
AMERICAN COLLEGE OF TRIAL LAWYERS

2. The Defendant, American College of Trial Lawyers, upon information and belief has its principal place of business at 19900 MacArthur Blvd., Suite 610, Irvine California, 92612.

**FACTS OF THE JUSTICIABLE CONTROVERSY**

3. The American Trial Lawyers Association, Inc. duly filed its Articles of Incorporation with the Jefferson County, Alabama Probate Office on March 31, 2007. (Attached exhibit "A")

4. The stated purpose of The American Trial Lawyers Association, Inc. is to provide a professional association and business organization for trial attorneys who practice plaintiff's civil and criminal defense law.

5. The American Trial Lawyers Association, Inc. accomplishes this purpose through practical education programs, networking opportunities, and legal publications that deal with current issues facing the American trial lawyer.

6. Membership in The American Trial Lawyer Association, Inc. is by invitation only.

7. The American Trial Lawyers Association, Inc. has received a cease and desist letter from American College of Trial Lawyers, dated October 13, 2007. (Attached exhibit "B")

8. In the above referenced letter, American College of Trial Lawyers claims that The American Trial Lawyers Association's use of "The American Trial Lawyers Association" constitutes an infringement of their trademark and is so similar to their name as to create the likelihood of causing confusion.

9.    Plaintiff, The American Trial Lawyers Association, Inc contends that its name is not a trademark of American College of Trial Lawyers and is not so similar to their name as to create the likelihood of causing confusion.

10.    The American Trial Lawyers Association, Inc. has duly filed an application to register its marks for Trademark protection. (Attached exhibit "C".)

11.    Further, The American Trial Lawyers Association, Inc. has duly registered and/or acquired phone numbers, web URL's, and web domain names containing the name of their organization.

**WHEREFORE**, Petitioner respectfully prays:

A.    That the Defendant herein be required to respond to the contentions set forth in this Petition for Declaratory Judgment;

B.    That this Court declares that Plaintiff has the right to continue the use of the name "The American Trial Lawyers Association, Inc., and TheATLA;

C.    That this Court declare that Plaintiff has the right to continue to use all URL's, web domain names, and phone numbers properly registered and owed by it;

D.    That this Court declare that Plaintiff has the right to continue the use of its pending Trademarks; and

E.    Such other relief as this Court deems just and proper under the circumstances.

This the 2nd day of November, 2007.

**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**

J. KEITH GIVENS [GIV006]
163 West Main Street
Dothan, AL 36301
334/793-1555 (Telephone)
334/793-8280 (Facsimile)

Attorneys for Plaintiff

__**Defendant to be served by Certified Mail:**__

**American College of Trial Lawyers**
**c/o Dennis J. Maggi, Registered Agent**
**19900 MacArthur Blvd., Ste 610**
**Irvine, CA 92612**



20070321000451400 1/4
Bk: LR200705 Pg:3920
Jefferson County,Alabama
I certify this instrument filed on
03/21/2007 06:44:16 PM INC
Judge of Probate- Alan L. King

# ARTICLES OF INCORPORATION

# OF

# THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC.

---

The undersigned desiring to form a corporation in accordance with the Alabama Business Corporation Act and the Revised Alabama Professional Corporation Act, adopt the following Articles of Incorporation.

## ARTICLE I
## NAME

The name of the corporation shall be **The American Trial Lawyers Association, Inc.**

## ARTICLE II
## DURATION

The period of its duration is unlimited and shall be perpetual.

## ARTICLE III
## PURPOSES

The purpose or purposes for which the corporation is established is to provide a professional association, educational and business organization for attorneys who practice law and for individuals and organizations that have an interest in the law or trial work, broadly defined, to include civil, domestic and criminal defense law.

## ARTICLE IV
## SHARES

The aggregate number of shares which the corporation shall have authority to issue is One Thousand shares of common stock at a par value of $1.00 per share, full paid in, and with which the corporation shall commence business.

## ARTICLE V
## SPECIAL PROVISION

Provisions for the regulation of the internal business affairs of the corporation shall be conducted according to this document and according to such By-laws as may be adopted by the stockholders and amended by the stockholders under rights specifically reserved hereby in accordance with Code of Alabama, (1975), §10-2A-45.

The stockholders shall have authority to adopt such rules, by-laws and regulations for the

PLAINTIFF'S
EXHIBIT
A
Blumberg No. 5115

governing of the corporation as they may deem necessary or expedient.

Holders of common stock shall be entitled to one vote for each and every share of stock standing in his, or her, or its name at any and all meetings of the stockholders of the corporation, and said stock may be voted by the stockholders of record, either in person or by proxy in accordance with the Code of Alabama, (1975), §10-2A-53.

The business and affairs of the corporation shall be under the management and control of the Shareholders and/or a Board of Directors, at the option of the Shareholders, with said Board to consist of not less than two (2) persons. In the event of the death or resignation of a director, or the refusal of a person elected a director to accept his election as such, or to otherwise qualify as such, the remaining directors shall elect his or her successor. All officers and directors shall hold office for a period of one (1) year, or until their respective successors are duly elected and qualified.

The shares of capital stock in the corporation, when fully paid for in accordance with the subscription thereof, or sale thereof, as authorized or provided by law, shall be fully paid as non-assessable; and in no case shall any stockholder be individually liable otherwise than for the unpaid stock subscribed for by them.

The corporation reserves the right to amend, alter, modify, change or repeal any provision contained in this Article of Incorporation in the manner now or hereafter provided by law, and all rights conferred upon the officers, directors and stockholders herein are granted subject to this reservation.

**ARTICLE VI**

**OFFICE ADDRESS**

The address of the initial registered office of the corporation is 505 North 20th Street, Suite 825, Birmingham, Alabama, 35203 and the name of its initial registered agent at such address is J. Keith Givens.

**ARTICLE VII**

**BOARD OF DIRECTORS**

The number of directors constituting the initial organizing Board of Directors of the corporation are two (2), and the name and address of the persons who are to serve as directors until the first annual meeting of shareholders or until successors are elected and shall qualify are:

| NAME | ADDRESS |
|---|---|
| **John Jameson Givens** | 505 North 20th Street, Suite 825, Birmingham, AL 35203 |
| **Chase Hamilton Givens** | 505 North 20th Street, Suite 825, Birmingham, AL 35203 |

IN WITNESS WHEREOF, we, the said incorporators, have hereunto set our hands and executed this instrument on this the 13th day of March, 2007.

JOHN JAMESON GIVENS

CHASE HAMILTON GIVENS

**Beth Chapman**
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Section 10-2B-4.02, **Code of Alabama 1975,** and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

**The American Trial Lawyers Association, Inc.**

This domestic corporation name is proposed to be incorporated in Houston County and is for the exclusive use of Keith Givens, 163 W Main St, Dothan, AL 36301 for a period of one hundred twenty days beginning March 7, 2007 and expiring July 6, 2007.

20070321000451400 4/4
Bk: LR200705 Pg:3920
Jefferson County, Alabama
03/21/2007 06:44:16 PM INC
Fee - $36.00

Total of Fees and Taxes-$36.00
LASHUNTA

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

March 7, 2007

**Date**

Beth Chapman

**Beth Chapman** **Secretary of State**



David J. Beck
President
dbeck@brsfirm.com

October 13, 2007

Re: Use of the Name "The American Trial Lawyers Association"

J. Keith Givens, Esq.
The American Trial Lawyers Association
163 West Main Street
Dothan, Alabama 36302

Dear Mr. Givens:

It has recently come to the attention of the American College of Trial Lawyers ("College") that you are involved in the leadership of an organization operating under the name "The American Trial Lawyers Association". We also understand that you claim the American Association of Justice (formerly ATLA) voluntarily abandoned the name "American Trial Lawyers Association" several years ago, apparently when the organization changed its name from the American Trial Lawyers Association to the Association of Trial Lawyers of America.

We disagree with your contention regarding the alleged voluntary abandonment of the name "The American Trial Lawyers association" and with your use of that name.

The College commenced litigation against ATLA for trademark infringement in the early 1970's in the Superior Court of the State of California for the County of Los Angeles, Civil Action No. 863,134. That case concluded with entry of a Judgment on November 6, 1972. The Judgment included a provision permanently enjoining the defendant American Trial Lawyers Association from "using as the defendant's name 'American Trial Lawyers Association' and further from using any other name so confusingly similar to the name 'American College of Trial Lawyers' as to create the likelihood of causing any confusion between the defendant and the American College of Trial Lawyers ...". A copy of the Judgment is enclosed for your information.

The College requests that you cease and desist from your use of the name "The American Trial Lawyers Association", which constitutes an infringement of our trademark and is so similar to our name as to create the likelihood of causing confusion.

REPLY TO:
Beck, Redden & Secrest, L.L.P.
1221 McKinney Street
Suite 4500
Houston, TX 77010-2010
t: 713.951.3700
f: 713.951.3720

NATIONAL OFFICE
19900 MacArthur Blvd.
Suite 610
Irvine, CA 92612
t: 949.752.1801
f: 949.752.1674
www.actl.com



AMERICAN COLLEGE
OF TRIAL LAWYERS

October 13, 2007
J. Keith Givens, Esq.
Page 2

Please let us know at your earliest convenience whether you will comply with this cease and desist demand.

Sincerely,

David J. Beck

DJB/rct

cc: Executive Committee
Mr. Dennis J. Maggi

999.00203/349397.1

Trademark/Service Mark Application, Principal Register

Page 1 of 2

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (Applicant-generated image):**

THE
AMERICAN
TRIAL LAWYERS
ASSOCIATION
Blumberg No. 5115
PLAINTIFF'S
EXHIBIT

...mark&stamp=USPTO/ETK-216.47.199.18-20070320155346416408-eTEAS... 3/20/2007



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK FILE NAME | mark_2164719918-155346416_._ATLA_3.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The American Trial Lawyers Association |
| *COLOR MARK | YES |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of 26.01.03 incomplete circles and a 22.05.03 sculpture of a human being which is lady justice. The two incomplete circles are blue and the statue of lady justice is gold. The words THE AMERICAN TRIAL LAWYERS ASSOCIATION are blue in a Trajan Pro font. |
| *COLOR(S) CLAIMED (If applicable) | blue and gold |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 579 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The American Trial Lawyers Association |
| *STREET | 505 North 20th Street |
| INTERNAL ADDRESS | Suite 825 |
| *CITY | Birmingham |
| *STATE (Required for U.S. applicants) | Alabama |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 35203 |
| PHONE | 1-866-665-ATLA |

| | |
|---|---|
| FAX | 334-793-8280 |
| EMAIL ADDRESS | bniver@theATLA.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**LEGAL ENTITY INFORMATION**

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Alabama |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *DESCRIPTION | Association services, namely, promoting the interests of lawyers |
| *FILING BASIS | SECTION 1(b) |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *DESCRIPTION | Arranging and conducting educational conferences |
| *FILING BASIS | SECTION 1(b) |

**ADDITIONAL STATEMENTS INFORMATION**

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | J. Keith Givens |
| FIRM NAME | The American Trial Lawyers Association |
| *STREET | 163 West Main Street |
| * CITY | Dothan |
| * STATE (Required for U.S. applicants) | Alabama |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 36302 |

Trademark/Service Mark Application, Principal Register Page 3 of 3

| | |
|---|---|
| PHONE | 1-866-665-ATLA |
| FAX | 334-793-8280 |
| * EMAIL ADDRESS | bniver@theATLA.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 550 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /John Jameson Givens/ |
| * SIGNATORY'S NAME | John Jameson Givens |
| SIGNATORY'S POSITION | Owner |
| * DATE SIGNED | 03/20/2007 |

Back

http://teasplus.uspto.gov/TeasPlus/xslt.service?xsl=input&stamp=USPTO/FTK-216.47.19 3/20/2007

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** The American Trial Lawyers Association (stylized and/or with design, see mark)

The literal element of the mark consists of The American Trial Lawyers Association. The applicant claims color as a feature of the mark, namely, blue and gold. The mark consists of 26.01.03 incomplete circles and a 22.05.03 sculpture of a human being which is lady justice. The two incomplete circles are blue and the statue of lady justice is gold. The words THE AMERICAN TRIAL LAWYERS ASSOCIATION are blue in a Trajan Pro font.

The applicant, The American Trial Lawyers Association, a corporation of Alabama, having an address of Suite 825, 505 North 20th Street, Birmingham, Alabama, United States, 35203, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 035: Association services, namely, promoting the interests of lawyers

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 041: Arranging and conducting educational conferences

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U.S.C. Section 1126(e), as amended.

Correspondence Information: J. Keith Givens

163 West Main Street
Dothan, Alabama 36302
1-866-665-ATLA(phone)
334-793-8280(fax)
bniver@theATLA.com (authorized)

A fee payment in the amount of $550 will be submitted with the application, representing payment for 2 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John Jameson Givens/ Date Signed: 03/20/2007
Signatory's Name: John Jameson Givens
Signatory's Position: Owner

Back

TEAS Submit Service ver 2.50 Page 1 of 1

## Success!

We have received your application and assigned serial number **77135676** to your submission. We will send an Email summary of the application data to "**bniver@theATLA.com**", which will be your official confirmation of receipt. For electronically-submitted applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE**: Do **NOT** send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission and will result in your being charged for two filings, neither of which can be refunded.

Thank you.

TEAS Support Team

**STAMP:** USPTO/FTK-216.47.199.18-20070320163641497022-77135676-370e9843ca31925c17e3a946ea53079b362-CC-528-20070320155346416408

---

TEAS
File online

Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
Please refer questions or comments to: teas@USPTO.gov

https://ramps.uspto.gov/eram/Controller;jsessionid=0000X8... 3/20/2007

Trademark/Service Mark Application, Principal Register
Page 1 of 1

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (Applicant-generated image):**

THE AMERICAN
THE
ATLA
TRIAL LAWYERS ASSOCIATION

THE
AMERICAN
TRIAL LAWYERS
ASSOCIATION

Back

http://teasplus.uspto.gov/TeasPlus/xslt.service?xsl=mark&stamp=USPTO/FTK-216.47.199.18-20070320092627038503-eTEAS... 3/20/2007

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK FILE NAME | mark_2164719918-092627038_._ATLA_1.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The ATLA and The American Trial Lawyers Association |
| *COLOR MARK | YES |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a 24.05.01 Circular seal; 26.01.17 Two Complete Circles; a 22.05.03 Sculpture of human being which is lady justice; and 26.17.05 Horizontal, bars. The circles are outlined in dark gold. The inner circle has dark blue around the inside of the cirlce. There is a section between the two circles in light gold with dark blue writing of THE AMERICAN TRIAL LAWYERS ASSOCIATION which is in Century Old Style STD font. The statue of lady justice is dark blue. The background of the inner circle is filled with dark gold and light gold alternating bands. The letters THE ATLA are colored white and are in Century Old Style STD font. The letters to the side of the seal are dark blue and are in Trajan Pro font.. |
| *COLOR(S) CLAIMED (If applicable) | dark blue, light gold, dark gold, and white |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 334 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The American Trial Lawyers Association |
| *STREET | 505 North 20th St. |
| INTERNAL ADDRESS | Suite 825 |
| *CITY | Birmingham |
| *STATE | |

| | |
|---|---|
| (Required for U.S. applicants) | Alabama |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 35203 |
| PHONE | 1-866-665-ATLA |
| FAX | 334-793-8280 |
| EMAIL ADDRESS | bniver@theATLA.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**LEGAL ENTITY INFORMATION**

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Alabama |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *DESCRIPTION | Association services, namely, promoting the interests of lawyers |
| *FILING BASIS | SECTION 1(b) |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *DESCRIPTION | Arranging and conducting educational conferences |
| *FILING BASIS | SECTION 1(b) |

**ADDITIONAL STATEMENTS INFORMATION**

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | J. Keith Givens |
| FIRM NAME | The American Trial Lawyers Association |
| *STREET | 163 West Main Street |

| | |
|---|---|
| * CITY | Dothan |
| * STATE (Required for U.S. applicants) | Alabama |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 36302 |
| PHONE | 1-866-665-ATLA |
| FAX | 334-793-8280 |
| * EMAIL ADDRESS | bniver@theATLA.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 550 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /John Jameson Givens/ |
| * SIGNATORY'S NAME | John Jameson Givens |
| SIGNATORY'S POSITION | Owner |
| * DATE SIGNED | 03/20/2007 |

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** The ATLA and The American Trial Lawyers Association (stylized and/or with design, see mark)

The literal element of the mark consists of The ATLA and The American Trial Lawyers Association. The applicant claims color as a feature of the mark, namely, dark blue, light gold, dark gold, and white. The mark consists of a 24.05.01 Circular seal; 26.01.17 Two Complete Circles; a 22.05.03 Sculpture of human being which is lady justice; and 26.17.05 Horizontal, bars. The circles are outlined in dark gold. The inner circle has dark blue around the inside of the cirlce. There is a section between the two circles in light gold with dark blue writing of THE AMERICAN TRIAL LAWYERS ASSOCIATION which is in Century Old Style STD font. The statue of lady justice is dark blue. The background of the inner circle is filled with dark gold and light gold alternating bands. The letters THE ATLA are colored white and are in Century Old Style STD font. The letters to the side of the seal are dark blue and are in Trajan Pro font..

The applicant, The American Trial Lawyers Association, a corporation of Alabama, having an address of Suite 825, 505 North 20th St., Birmingham, Alabama, United States, 35203, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**
 International Class 035: Association services, namely, promoting the interests of lawyers

**For specific filing basis information for each item listed below, click directly on the class heading (s).**
 International Class 041: Arranging and conducting educational conferences

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services,

and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

Correspondence Information: J. Keith Givens
163 West Main Street
Dothan, Alabama 36302
1-866-665-ATLA(phone)
334-793-8280(fax)
bniver@theATLA.com (authorized)

A fee payment in the amount of $550 will be submitted with the application, representing payment for 2 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John Jameson Givens/ Date Signed: 03/20/2007
Signatory's Name: John Jameson Givens
Signatory's Position: Owner

Back

<?xml version="1.0" encoding="ISO-8859-1"?>

<uspto-tm-document description="**Base Application Form (TEASPlus)**" document-subtype='
<trademark-case-files>
<trademark-case-file>
<case-file-header>
<serial-number>**N/A**</serial-number>
<mark action-code="**create**" version="**new**">
<design-mark standard-character-format="**n**" color="**y**">
<file-name image-type="**jpeg**" width="**900**" height="**334**" acceptable="**y**">**mark_21**
<mark-text>**The ATLA and The American Trial Lawyers Association**</mark-text>
</design-mark>
</mark>
<filing-date>**N/A**</filing-date>
</case-file-header>
<base-application-form>
<goods-services>
<goods-service action-code="**create**" version="**new**">
<class-code>**035**</class-code>
<description-text>**Association services, namely, promoting the interests of lawye**
<filing-basis-current-1b-in>**Y**</filing-basis-current-1b-in>
<filing-bases>
<filing-basis>
<type>**1b**</type>
<filing-basis-description>**Association services, namely, promoting the interests**
<filing-basis-entry>
<entry-number>**1**</entry-number>
<id-manual-entry class-code="**035**">
<fixed-text>**Association services, namely, promoting the interests of {indi**
<edit-text prompt="**indicate specific group, e.g. mathematicians, skydivers, a**
</id-manual-entry>
<filing-basis-1b>**Y**</filing-basis-1b>
</filing-basis-entry>
</filing-basis>
</filing-bases>
</goods-service>
<goods-service action-code="**create**" version="**new**">
<class-code>**041**</class-code>
<description-text>**Arranging and conducting educational conferences**</description
<filing-basis-current-1b-in>**Y**</filing-basis-current-1b-in>
<filing-bases>
<filing-basis>
<type>**1b**</type>
<filing-basis-description>**Arranging and conducting educational conferences**</fi
<filing-basis-entry>
<entry-number>**1**</entry-number>
<id-manual-entry class-code="**041**">
<fixed-text>**Arranging and conducting educational conferences**</fixed-text
</id-manual-entry>
<filing-basis-1b>**Y**</filing-basis-1b>
</filing-basis-entry>

```
        </filing-basis>
      </filing-bases>
    </goods-service>
  </goods-services>
  <case-file-statements>
    <case-file-statement action-code="create" version="new">
      <type-code>DM</type-code>
      <text>The mark consists of a 24.05.01 Circular seal; 26.01.17 Two Complete Cir
    </case-file-statement>
    <case-file-statement action-code="create" version="new">
      <type-code>CC</type-code>
      <text>The applicant claims color as a feature of the mark, namely, dark blue, lig
    </case-file-statement>
  </case-file-statements>
  <case-file-owners>
    <case-file-owner action-code="create" version="new">
      <legal-entity-type-code>03</legal-entity-type-code>
      <name>The American Trial Lawyers Association</name>
      <street>505 North 20th St.</street>
      <internal-address>Suite 825</internal-address>
      <city>Birmingham</city>
      <state>Alabama (AL)</state>
      <postal-code>35203</postal-code>
      <country-name>United States (USX)</country-name>
      <email authorized="y">bniver@theATLA.com</email>
      <phone>1-866-665-ATLA</phone>
      <fax>334-793-8280</fax>
      <incorporated-in-state-code>Alabama (AL)</incorporated-in-state-code>
    </case-file-owner>
  </case-file-owners>
</base-application-form>
<correspondence-form>
  <source-form>ftk</source-form>
  <correspondences>
    <correspondence action-code="create" version="new">
      <type-code>c</type-code>
      <new-address>
        <name>J. Keith Givens</name>
        <firm-name>The American Trial Lawyers Association</firm-name>
        <street>163 West Main Street</street>
        <internal-address/>
        <city>Dothan</city>
        <state>Alabama (AL)</state>
        <postal-code>36302</postal-code>
        <country-name>United States (USX)</country-name>
        <phone>1-866-665-ATLA</phone>
        <fax>334-793-8280</fax>
        <email authorized="y">bniver@theATLA.com</email>
      </new-address>
    </correspondence>
```

</correspondences>
</correspondence-form>
</trademark-case-file>
<signatures>
<signature action-code="**create**" version="**new**">
<esignature-type>**DIRECT**</esignature-type>
<signature-type>**D**</signature-type>
<signature-entry-number>**1**</signature-entry-number>
<signature-name>**/John Jameson Givens/**</signature-name>
<signatory-date>**20070320**</signatory-date>
<signatory-name>**John Jameson Givens**</signatory-name>
<signatory-position>**Owner**</signatory-position>
</signature>
</signatures>
<fee-types>
<fee-type action-code="**create**" version="**new**">
<fee-code>**7007**</fee-code>
<number-of-classes>**2**</number-of-classes>
<number-of-classes-paid>**2**</number-of-classes-paid>
<subtotal-amount>**550**</subtotal-amount>
</fee-type>
<total-amount>**550**</total-amount>
</fee-types>
<payment action-code="**create**" version="**new**"/>
</trademark-case-files>
<boilerplates>
<boilerplate>
<boilerplate-type>**DECLARATION.APP**</boilerplate-type>
<boilerplate-description>**TEAS Trademark/Service Mark Declaration**</boilerplate-descr
<boilerplate-text>**Applicant requests registration of the above-identified trademark/**
</boilerplate>
<boilerplate>
<boilerplate-type>**EMAIL.1**</boilerplate-type>
<boilerplate-description>**Email Authorization Statement**</boilerplate-description>
<boilerplate-text>**Applicant authorizes the USPTO to communicate with the applican**
<boilerplate-text>**NOTE: While the application may list an e-mail address for the app**
</boilerplate>
<boilerplate>
<boilerplate-type>**GOODSSERVICES.1B**</boilerplate-type>
<boilerplate-description>**Section 1b Statement**</boilerplate-description>
<boilerplate-text>**Intent to Use: The applicant has a bona fide intention to use or us**
</boilerplate>
<boilerplate>
<boilerplate-type>**EMAIL.2**</boilerplate-type>
<boilerplate-description>**Email Authorization Statement**</boilerplate-description>
<boilerplate-text>**Applicant authorizes the USPTO to communicate with the applican**
<boilerplate-text>**NOTE: Only one e-mail address may be used for correspondence.**<
</boilerplate>
<boilerplate>
<boilerplate-type>**SIGNATURE.APPLICATION**</boilerplate-type>

<boilerplate-description>**Application Signature Statement**</boilerplate-description>
<boilerplate-text>**The undersigned, being hereby warned that willful false statement**
**(b), he/she believes applicant to be entitled to use such mark in commerce; to the bes**
</boilerplate>
</boilerplates>
<filing>
<filing-identifier>**20070320092627038503-N/A**</filing-identifier>
<xml-create-date>**20070320 11:24:26**</xml-create-date>
<teas-stamp>**N/A**</teas-stamp>
<filing-description>**Trademark/Service Mark Application, Principal Register**</filing-des
</filing>
</uspto-tm-document>

# Success!

We have received your application and assigned serial number **77135190** to your submission. We will send an Email summary of the application data to **"bniver@theATLA.com"**, which will be your official confirmation of receipt. For electronically-submitted applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE**: Do **NOT** send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission and will result in your being charged for two filings, neither of which can be refunded.

Thank you.

TEAS Support Team

**STAMP:** USPTO/FTK-216.47.199.18-20070320122047986591-77135190-37073b2c0724dfdcec42773dadaf323296a-CC-1788-20070320092627038503

---

Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
Please refer questions or comments to: teas@USPTO.gov

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

**Mark (Applicant-generated image):**

THE
AMERICAN
TRIAL LAWYERS
ASSOCIATION

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK FILE NAME | mark_2164719918-141152357_._ATLA_2.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | The ATLA and THE AMERICAN TRIAL LAWYERS ASSOCIATION |
| *COLOR MARK | YES |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a 24.05.01 circular seal; 26.01.17 two complete circles; a 22.05.03 sculpture of a human being which is lady justice; and 26.17.05 horizontal bars. The circles are outlined in dark gold. The inner circle has dark blue around the inside of the circle. There is a section between the two circles in dark blue with light gold writing of THE AMERICAN TRIAL LAWYERS ASSOCIATION which is in Century Old Style STD font. The statue of lady justice is dark blue. The background of the inner circle is filled with dark gold and light gold alternating bands. The words THE ATLA are colored white and are in Century Old Style STD font. The letters to the side of the seal are dark gold and are in Trajan Pro font. |
| *COLOR(S) CLAIMED (If applicable) | dark blue, light gold, dark gold, and white |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 334 |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The American Trial Lawyers Association |
| *STREET | 505 North 20th Street |
| INTERNAL ADDRESS | Suite 825 |
| *CITY | Birmingham |

| | |
|---|---|
| *STATE (Required for U.S. applicants) | Alabama |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 35203 |
| PHONE | 1-866-665-ATLA |
| FAX | 334-793-8280 |
| EMAIL ADDRESS | bniver@theATLA.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

**LEGAL ENTITY INFORMATION**

| | |
|---|---|
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Alabama |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *DESCRIPTION | Association services, namely, promoting the interests of lawyers |
| *FILING BASIS | SECTION 1(b) |

**GOODS AND/OR SERVICES AND BASIS INFORMATION**

| | |
|---|---|
| *INTERNATIONAL CLASS | 041 |
| *DESCRIPTION | Arranging and conducting educational conferences |
| *FILING BASIS | SECTION 1(b) |

**ADDITIONAL STATEMENTS INFORMATION**

*TRANSLATION (if applicable)

*TRANSLITERATION (if applicable)

*CLAIMED PRIOR REGISTRATION (if applicable)

*CONSENT (NAME/LIKENESS) (if applicable)

*CONCURRENT USE CLAIM (if applicable)

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| *NAME | J. Keith Givens |
| FIRM NAME | The American Trial Lawyers Association |
| *STREET | 163 West Main Street |

| | |
|---|---|
| * CITY | Dothan |
| * STATE (Required for U.S. applicants) | Alabama |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 36302 |
| PHONE | 1-866-665-ATLA |
| FAX | 334-793-8280 |
| * EMAIL ADDRESS | bniver@theATLA.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 550 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /John Jameson Givens/ |
| * SIGNATORY'S NAME | John Jameson Givens |
| SIGNATORY'S POSITION | Owner |
| * DATE SIGNED | 03/20/2007 |

Back

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register
# TEAS Plus Application

## To the Commissioner for Trademarks:

**MARK:** The ATLA and THE AMERICAN TRIAL LAWYERS ASSOCIATION (stylized and/or with design, see mark)

The literal element of the mark consists of The ATLA and THE AMERICAN TRIAL LAWYERS ASSOCIATION. The applicant claims color as a feature of the mark, namely, dark blue, light gold, dark gold, and white. The mark consists of a 24.05.01 circular seal; 26.01.17 two complete circles; a 22.05.03 sculpture of a human being which is lady justice; and 26.17.05 horizontal bars. The circles are outlined in dark gold. The inner circle has dark blue around the inside of the circle. There is a section between the two circles in dark blue with light gold writing of THE AMERICAN TRIAL LAWYERS ASSOCIATION which is in Century Old Style STD font. The statue of lady justice is dark blue. The background of the inner circle is filled with dark gold and light gold alternating bands. The words THE ATLA are colored white and are in Century Old Style STD font. The letters to the side of the seal are dark gold and are in Trajan Pro font.

The applicant, The American Trial Lawyers Association, a corporation of Alabama, having an address of Suite 825, 505 North 20th Street, Birmingham, Alabama, United States, 35203, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 035: Association services, namely, promoting the interests of lawyers

**For specific filing basis information for each item listed below, click directly on the class heading (s).**

International Class 041: Arranging and conducting educational conferences

If the applicant is filing under Section 1(b), intent to use, the applicant declares that it has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(b), as amended.

If the applicant is filing under Section 1(a), actual use in commerce, the applicant declares that it is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

If the applicant is filing under Section 44(d), priority based on foreign application, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services, and asserts a claim of priority based on a specified foreign application(s). 15 U.S.C. Section 1126(d), as amended.

If the applicant is filing under Section 44(e), foreign registration, the applicant declares that it has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services,

and submits a copy of the supporting foreign registration(s), and translation thereof, if appropriate. 15 U. S.C. Section 1126(e), as amended.

Correspondence Information: J. Keith Givens
163 West Main Street
Dothan, Alabama 36302
1-866-665-ATLA(phone)
334-793-8280(fax)
bniver@theATLA.com (authorized)

A fee payment in the amount of $550 will be submitted with the application, representing payment for 2 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John Jameson Givens/ Date Signed: 03/20/2007
Signatory's Name: John Jameson Givens
Signatory's Position: Owner

Back

# Success!

We have received your application and assigned serial number **77135471** to your submission. We will send an Email summary of the application data to **"bniver@theATLA.com"**, which will be your official confirmation of receipt. For electronically-submitted applications, the USPTO will no longer mail an additional paper filing receipt. However, since e-mail is not always reliable, please print out and save this notice. If the USPTO later determines that no filing date was justified, your submission will be returned, and your filing fee will be refunded. You would then have the opportunity to cure the deficiency, and re-file the application. Thank you.

**NOTE**: Do **NOT** send a duplicate paper copy of this filing to the USPTO, as it will interfere with the proper processing of the electronic submission and will result in your being charged for two filings, neither of which can be refunded.

Thank you.

TEAS Support Team

**STAMP:** USPTO/FTK-216.47.199.18-20070320151035068643-77135471-3708d60edc1e3e4f097458eb2045d81040-CC-129-20070320141152357500

Trademark Electronic Application System (TEAS) service
U.S. Patent and Trademark Office
Please refer questions or comments to: teas@USPTO.gov

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001232
Cashier ID: khaynes
Transaction Date: 11/20/2007
Payer Name: LIGHTFOOT FRANKLIN AND WHITE

---

CIVIL FILING FEE
For: LIGHTFOOT FRANKLIN AND WHITE
Case/Party: D-ALM-1-07-CV-001024-001
Amount: $350.00

---

CHECK
Check/Money Order Num: 121275
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

THE AMERICAN TRIAL LAWYERS
ASSOCIATION, INC. V. AMERICAN
COLLEGE OF TRIAL LAWYERS