IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07cv1024-SRW |
| AMERICAN COLLEGE OF TRIAL LAWYERS, | ) ) ) ) | |
| Defendant. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Defendant/Counterclaim-Plaintiff, American College of Trial Lawyers, in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  ✓  There are no entities to be reported. The American College of Trial Lawyers is an unincorporated association.

DATE: November 28, 2007

            /s/ Samuel H. Franklin

            /s/ William H. Brooks

            Attorneys for Defendant/Counterclaim-Plaintiff
            American College of Trial Lawyers

OF COUNSEL:

**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama 35203
(205) 581-0700

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 28th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Keith Givens, Esq.
**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**
163 West Main Street
Dothan, AL 35902

                                              /s/ William H. Brooks
                                              Of Counsel