IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:07cv1024-SRW |
| AMERICAN COLLEGE OF TRIAL LAWYERS, | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW the undersigned and hereby enters his appearance as counsel of record for Plaintiff in the above styled cause.

Dated this 29th day of November, 2007.

                                                     **COCHRAN, CHERRY, GIVENS,**
                                                     **SMITH, LANE & TAYLOR, P.C.**

                                                     /s/ Jake A. Norton_____
                                                   **JAKE A. NORTON**
                                                   163 W. Main Street
                                                   P. O. Box 927
                                                   Dothan, AL. 36302
                                                   (334) 793-1555 – Phone
                                                   (334) 793-8280 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel H. Franklin and
William H. Brooks
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C**
400 North 20th Street
Birmingham, Alabama 35203

                                             /s/ Jake A. Norton
                                             Of Counsel