IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:07cv1024-SRW |
| AMERICAN COLLEGE OF TRIAL LAWYERS, ) ) ) | |
| Defendant. ) | |

**PLAINTIFF'S DEMAND FOR TRIAL BY JURY**

COMES NOW the Plaintiff, by and through its counsel of record and demands a trial by jury pursuant to the Federal Rules of Civil Procedure 38(b) for all issues triable by jury. As grounds for the above, Plaintiff states as follows:

1. Plaintiff filed its Petition for Declaratory Judgment on November 2, 2007.

2. Defendant served its Answer and Counterclaim to Plaintiff by placing the same in United States mail on November 19, 2007.

3. Pursuant to Federal Rules of Civil Procedure 38(b), any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party.

4. Plaintiff serves this demand for trial by jury within the time allowed by rule 38(b)

and having met the requirements of Rule 5(d).

DATED this the 29th day of November, 2007.

                                                  **COCHRAN, CHERRY, GIVENS,**
                                                  **SMITH, LANE & TAYLOR, P.C.**


                                                  /s/ Jake A. Norton
                                                **JAKE A. NORTON**
                                                163 W. Main Street
                                                P. O. Box 927
                                                Dothan, AL. 36302
                                                (334) 793-1555 – Phone
                                                (334) 793-8280 – Facsimile


## CERTIFICATE OF SERVICE

     I hereby certify that on this 29th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel H. Franklin and
William H. Brooks
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C**
400 North 20th Street
Birmingham, Alabama 35203

                                                /s/ Jake A. Norton
                                                Of Counsel