IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE AMERICAN TRIAL ) <br> LAWYERS ) <br> ASSOCIATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN COLLEGE OF ) <br> TRIAL LAWYERS, ) <br> ) <br> Defendant. ) | Civil Action No. 1:07cv1024-SRW |

## ANSWER TO COUNTERCLAIM

COMES NOW the Plaintiff, by and through its counsel of record, and answers the Defendant's Counterclaim as follows:

1. It is without sufficient information to admit or deny the allegations of paragraph 1 of the Counterclaim. Accordingly, such allegations are denied.

2. It admits the allegations in paragraph 2 of the Counterclaim.

3. It admits the allegations in paragraph 3 of the Counterclaim.

4. It is without sufficient information to admit or deny the allegations of paragraph 4 of the Counterclaim. Accordingly, such allegations are denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Plaintiff admits the allegations in paragraph 10 of the Defendant's Counterclaim in so far as Plaintiff has been made aware of a judgment entered by the State of California by consent of parties to the California action agreeing to an order. Said judgment and order have no binding effect on this Plaintiff. Except as expressly admitted herein, the allegations in paragraph 10 of the Counterclaim are denied.

11. Plaintiff admits the allegations in paragraph 11 to the extent that Plaintiff did file three (3) applications for registration with the United States Patent and Trademark Office and that these applications have not been approved for reasons unrelated to the Defendant's Counterclaim. Said applications are not abandoned and a timely response will be filed. Except as expressly admitted herein, the allegations in paragraph 11 of the Counterclaim are denied.

12. Plaintiff admits to the allegations in paragraph 12 in so far as the Plaintiff received a letter from the Defendant demanding that the Plaintiff cease and desist from using the name "American Trial Lawyer Association." Except as expressly admitted herein, the allegations in paragraph 12 of the Counterclaim are denied.

13. Plaintiff adopts by reference it's responses to the allegations of paragraphs 1 through 12 of the Counterclaim as set out above.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Plaintiff adopts by reference it's responses to the allegations of paragraphs 1 through 17 of the Counterclaim as set out above.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Plaintiff adopts by reference it's responses to the allegations of paragraphs 1 through 23 of the Counterclaim as set out above.

25. Denied.

26. Plaintiff admits the allegations in paragraph 26 in so far as the Defendant has not control over the quality of the Counterclaim-Defendant's website and its use of the name, The American Trial Lawyers Association. Except as expressly admitted herein, the allegations in paragraph 26 of the Counterclaim are denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

In further response to the Counterclaim, Plaintiff avers as follows:

### FIRST DEFENSE

Plaintiff denies the material allegations of the Counterclaim and demands strict proof thereof.

### SECOND DEFENSE

Plaintiff denies that the Defendant is entitled to any of the relief sought in the Counterclaim.

### THIRD DEFENSE

Defendant's Counterclaim fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Defendant has waived any right to relief.

### FIFTH DEFENSE

Defendant's Counterclaims are barred by the Doctrine of Latches.

### SIXTH DEFENSE

Defendants Counterclaims are barred by the Doctrine of Unclean Hands.

### JURY DEMAND

Plaintiff demands a trial by jury in accordance with Federal Rules of Civil Procedure, Rule 38, on all issues so triable.

Dated this 7th day of December, 2007.

                                           **COCHRAN, CHERRY, GIVENS,**
                                           **SMITH, LANE & TAYLOR, P.C.**

                                           /s/ Jake A. Norton
                                           **JAKE A. NORTON**
                                           163 W. Main Street
                                           P. O. Box 927
                                           Dothan, AL. 36302
                                           (334) 793-1555 – Phone
                                           (334) 793-8280 – Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel H. Franklin and
William H. Brooks
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C**
400 North 20th Street
Birmingham, Alabama 35203

                                              /s/ Jake A. Norton_____
                                              Of Counsel