IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:07CV1024-SRW |
| AMERICAN COLLEGE OF TRIAL LAWYERS, | ) ) ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

January 17, 2008
Date

/s/ Jake A. Norton
Signature

The American Trial Lawyers
Association, Inc.
Counsel For

163 West Main St,
Dothan, AL. 36301
Address, City, State Zip Code

334-793-1555
Telephone Number