IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

The American Trial Lawyers Assoc., Inc    )
                                          )
            Plaintiff(s),                 )
                                          )
v.                                        )    CIVIL ACTION NO. 1:07cv1024-SRW
                                          )
American College of Trial Lawyers         )
                                          )
            Defendant(s).                 )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

01/15/08
Date

William H. Books
Signature

American College of Trial Lawyers
Counsel For (**print** name of all parties)

400 20th St. N. Birmingham, AL 35203
Address, City, State Zip Code

(205) 581-0700
Telephone Number

3