IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., ) ) ) Plaintiff, ) ) v. ) ) AMERICAN COLLEGE OF TRIAL ) LAWYERS, ) ) Defendant. ) | Civil Action No. 1:07cv1024-SRW |

## REPORT OF PARTIES' PLANNING MEETING

1.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on January 15, 2008, and was attended by:

   a.   Jake A. Norton on behalf of plaintiff/counterclaim-defendant The American Trial Lawyers Association, Inc.; and

   b.   Samuel H. Franklin and William H. Brooks on behalf of defendant/counterclaim-plaintiff American College of Trial Lawyers.

The parties submit the following proposed discovery schedule:

2.   **Pre-Discovery Disclosures.** The parties will exchange by February 22, 2008, the information required by Fed. R. Civ. P. 26(a)(1).

3.   **Discovery Plan.** Discovery will be needed on the allegations in the plaintiff's complaint and defendant's counterclaim, the defenses set forth in the

1

parties' respective answers and the parties' claimed damages. Except as noted herein, the parties jointly propose to the Court the following discovery plan:

    (a)    All fact discovery to be commenced in time to be completed by August 29, 2008.

    (b)    A maximum of forty (40) interrogatories by each party to any other party with responses due thirty (30) days after service.

    (c)    A maximum of fifty (50) requests for production by each party to any other party, with responses due thirty (30) days after service.

    (d)    A maximum of ten (10) depositions by any one party without leave of Court.

    (e)    Disclosure of expert witness information under Rule 26(a)(2) due:

- from plaintiff by August 18, 2008, with such expert(s) depositions to be taken no later than September 8, 2008.
- from defendant by September 22, 2008, with such expert(s) depositions to be taken no later than October 6, 2008.

    (f)    Supplementation under Rule 26(e) due on a continuing basis.

4. **Other Items.**

    (a). The parties do not request a conference with the Court before entry of the scheduling order.

    (b) The parties should be allowed until April 30, 2008, to join additional parties and to amend the pleadings.

    (c) All potentially dispositive motions should be filed ninety (90) days prior to the date of the pretrial conference.

    (d) The parties request a final pretrial conference thirty (30) days before trial.

    (e) Settlement prospects cannot be evaluated at this time.

    (f) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

- from plaintiff: December 1, 2008.
- from defendant: December 1, 2008.

Parties should have twenty (20) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    (g) The case should be ready for trial on the Court's first Southern Division trial docket for 2009 (specific dates not yet available on the Court's website) and is estimated to last 5 days.

**Date:** January 18, 2008

| | |
|---|---|
| s/ Samuel H. Franklin | s/ Jake A. Norton |
| OF COUNSEL: | OF COUNSEL: |
| Samuel H. Franklin<br>William H. Brooks<br>**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**<br>400 20th Street N.<br>Birmingham, AL  35203<br>Telephone:  (205) 581-0700 | J. Keith Givens<br>Jake A. Norton<br>**COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.**<br>163 West Main Street<br>Dothan, AL 35902<br>Telephone: (334) 793-1555 |
| *Attorneys for Defendant/Counterclaim-Plaintiff American College of Trial Lawyers* | *Attorneys for Plaintiff/Counterclaim-Defendant The American Trial Lawyers Association, Inc.* |