IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE AMERICAN TRIAL LAWYERS ASSOCIATION, INC., ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:07cv1024-SRW |
| AMERICAN COLLEGE OF TRIAL LAWYERS, ) ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:  Clerk, U. S. District Court
     Middle District of Alabama
     One Church Street
     Montgomery, Al. 36104

Please take notice that the following discovery documents have this day been served upon Defendant/Counterclaim-Plaintiff, on behalf of the Plaintiff/Counterclaim-Defendant:

  1.    Plaintiff/Counterclaim-Defendant's Answers to Defendant/Counterclaim-Plaintiff's First Set of Interrogatories

  2.    Plaintiff/Counterclaim-Defendant's Answers to Defendant/Counterclaim-Plaintiff's First Request for Production of Documents

Dated this 29th day of February, 2008.

        **COCHRAN, CHERRY, GIVENS,**
        **SMITH, LANE & TAYLOR, P.C.**

        */s/ Jake A. Norton*_____
        **JAKE A. NORTON**
        *Attorney for Plaintiff*
        Post Office Box 927
        Dothan, Alabama 36302
        (334) 793-1555
        (334) 793-8280 (fax)

## CERTIFICATE OF SERVICE

       I hereby certify that on this 29th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Samuel H. Franklin and
William H. Brooks
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C**
400 North 20th Street
Birmingham, Alabama 35203

                                              /s/ Jake A. Norton
                                              Of Counsel